```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS M. HINKLE                :     CIVIL ACTION
                                :
           v.                   :
                                :
ASSURANT, INC.                  :     NO. 08-cv-04124-JF
```

## ORDER

AND NOW, this 12th day of May 2009, IT IS ORDERED:

1. Plaintiff's Motion for Summary Judgment is DENIED.

2. Defendant's Motion for Summary Judgment is GRANTED.

3. JUDGMENT is ENTERED in favor of the defendants.


                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam, Sr. J.